# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**704**
**CAF 13-00133**
PRESENT: SCUDDER, P.J., SMITH, CARNI, LINDLEY, AND WHALEN, JJ.

---

IN THE MATTER OF ANDREA J. MORGIA,
PETITIONER-APPELLANT,

V                                    MEMORANDUM AND ORDER

THOMAS E. HORNING, RESPONDENT-RESPONDENT.
(APPEAL NO. 1.)

---

LINDA M. CAMPBELL, SYRACUSE, FOR PETITIONER-APPELLANT.

KRYSTAL M. HARRINGTON, ATTORNEY FOR THE CHILD, LOWVILLE.

SCOTT A. OTIS, ATTORNEY FOR THE CHILD, WATERTOWN.

---

Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered December 17, 2012 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Memorandum: In these proceedings pursuant to Family Court Act article 6, the parties sought, inter alia, modification of a prior order of custody and visitation. While the appeals herein were pending, Thomas E. Horning, the petitioner in appeal No. 2 and the respondent in appeal Nos. 1, 3 and 4, filed another petition seeking modification of the same order. An order was thereafter entered upon stipulation of the parties, thereby rendering moot the appeals herein (*see Matter of Walker v Adams*, 31 AD3d 1018, 1018; *Matter of Rebecca O. v Todd P.*, 309 AD2d 982, 983).

Entered: July 3, 2014                          Frances E. Cafarell
                                               Clerk of the Court